Robert F. Kelly,        Sr. J.